April L. Hollingsworth (Bar No. 9391)
Katie Panzer (Bar No. 16919)
**HOLLINGSWORTH LAW OFFICE, LLC**
1881 South 1100 East
Salt Lake City, Utah 84105
Telephone: (801)415-9909
Facsimile: (801) 303-7324
april@aprilhollingsworthlaw.com
katie@aprilhollingsworthlaw.com

Camille Fundora Rodriguez
Michael J. Anderson
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
crodriguez@bm.net
manderson@bm.net

\* *Admitted Pro Hac Vice*

*Attorneys for Plaintiff and the Proposed Collective*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| HEATHER MADSEN, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIDWELL AIR FREIGHT, INC, and DHL EXPRESS (USA) INC., d/b/a DHL EXPRESS,<br><br>Defendants. | NOTICE OF SETTLEMENT AND REQUEST TO STAY<br><br>Civil No.: 1:23-CV-00008-JNP<br><br>Judge Jill N. Parrish |

Plaintiff Heather Madsen and Defendants Sidwell Air Freight, Inc. ("Sidwell") and DHL Express (USA), Inc. ("DHL"), (together, the "Parties"), file this Notice of Settlement, and state as follows:

1. On February 27, 2024, the Parties participated in an in-person mediation at the offices of Berger Montague PC, with experienced mediator Dennis Clifford of Houston, Texas. The mediation involved the instant matter and a related matter captioned *Roberts, et al. v. Sidwell Air Freight, Inc., et al.*, No. 3:21-cv-05912-TMC (W.D. Wash.) (together, the "Actions").

2. The Parties have reached a settlement in the Actions and are in the process of drafting and finalizing a Settlement Agreement which will be submitted for approval. For efficiency and judicial economy, the Parties are stipulating to transfer the instant matter to the Western District of Washington and consolidate with the first-filed *Roberts* matter.

3. The Parties request to stay the above-captioned matter, the Court's adjudication of any pending motions, and all case management deadlines and obligations until the Parties file a voluntary dismissal.

THEREFORE, the Parties respectfully request that the Court stay the above-captioned matter, the Court's adjudication of any pending motions, and all case management deadlines and obligations.

Dated: March 18, 2024

/s/ *Camille Fundora Rodriguez*
Camille Fundora Rodriguez
Michael J. Anderson
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
crodriguez@bm.net
manderson@bm.net

Respectfully submitted,

*/s/ Jeanne D. Marshall (w/ permission)*
Randall K. Edwards
Jeanne D. Marshall
RANDALL K EDWARDS PLLC
P.O. Box 129
Bountiful, Utah 84011
Telephone: (801) 328-0300
randall@randallkedwards.com
jeanne.d.marshall@gmail.com

*Attorneys for Defendant Sidwell Air Freight, Inc.*

Alexandra K. Piazza
**BERGER MONTAGUE PC**
2001 Pennsylvania Ave., NW, Suite 300
Washington, D.C. 20006
Telephone: (202) 559-9740
apiazza@bm.net

Mariyam Hussain
**BERGER MONTAGUE PC**
1820 West Division Street
Chicago, IL 60622
Telephone: (773) 666-4316
mhussain@bm.net

April L. Hollingsworth (Bar No. 9391)
Katie Panzer (Bar No. 16919)
**HOLLINGSWORTH LAW OFFICE, LLC**
1881 South 1100 East
Salt Lake City, Utah 84105
Telephone: (801)415-9909
april@aprilhollingsworthlaw.com
katie@aprilhollingsworthlaw.com

*Attorneys for Plaintiff and the Proposed Collective*

*/s/ Linda C. Schoonmaker (w/permission)*
Linda C. Schoonmaker
Admitted Pro Hac Vice
Texas Bar No. 17806300
**SEYFARTH SHAW LLP**
700 Milam, Suite 1400
Houston, Texas  77002
Telephone:  (713) 225-2300
Facsimile:   (713) 225-2340
Email:  lschoonmaker@seyfarth.com

Mark A. Wagner
975 F. Street, N.W.
Washington D.C. 20004
Phone: (415) 732-1152
Email: mawagner@seyfarth.com

*Attorneys for Defendant DHL Express (USA) Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by ECF on all known parties on March 18, 2024.

/s/ *Camille Fundora Rodriguez*
Camille Fundora Rodriguez